AO 245 S (Rev. 4/90)(W.D. TN rev.) Judgment in a Criminal Case
Case 2:03-cr-20341-SHM   Document 46   Filed 05/18/05   Page 1 of 2   PageID 67
Page 1 of 1

# United States District Court
### Western District of Tennessee

UNITED STATES OF AMERICA

v.

Case Number 2:03CR20341-01-Ma

## CHARLES JORDAN

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offenses Committed On or After November 1, 1987)

The defendant, **Charles Jordan**, was represented by Ms. Doris Holt.

It appearing that the defendant, who was sentenced by the Hon. Neal B. Biggers, Jr., U.S. District Court, Oxford, Mississippi, on March 7, 1997, and placed on supervised release for a period of five (5) years, has violated the terms of his supervision, it is hereby **ORDERED** and **ADJUDGED** that defendant's supervised release be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of nine (9) months.

The Court recommends defendant participate in a drug abuse treatment program;

The Court recommends defendant be designated to serve his term of imprisonment at a facility closest to Memphis, Tennessee.

**The defendant shall report to the U.S. Marshal, 167 N. Main Street, 10th Floor, Federal Building, Memphis, Tennessee, no later than 4:00 p.m. on Tuesday, June 7, 2005.**

Signed this  18th  day of May, 2005.

**SAMUEL H. MAYS, JR.**
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  5-19-05

46

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CR-20341 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT